Opinion by Lawrence, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65673.—Craftsman Cases *v.* United States, protest 60/18443 (New York).

Opinion by Lawrence, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65674.—H. W. Ebert & Co. *v.* United States, protest 60/25371 (New York).

Opinion by Lawrence, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

Before the Third Division, May 23, 1961

No. 65675.—Fisher Bruce & Co., Ltd., and J. J. Murphy & Co. et al. *v.* United States, protests 328647–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

No. 65676.—Heublein, Inc., et al. *v.* United States, protests 59/4949, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the merchandise was held dutiable as follows: (a) As to all items entered, or withdrawn from warehouse, for consumption prior to January 1, 1948, at 25 percent ad valorem under paragraph 210, as modified by the trade agreement with the United Kingdom (T.D. 49753), if valued at less than $1.50 per dozen articles, or at 12½ percent under said paragraph 210, as modified by T.D. 49753, if valued at not less than $1.50 per dozen articles; (b) as to all items entered, or withdrawn from warehouse, for consumption on and after January 1, 1948, and prior to September 10, 1955, at 20 cents per dozen articles, but not less than 7½ percent nor more than 25 percent ad valorem, under paragraph 210, as modified by the General Agreement on Tariffs and Trade (T.D.